# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 15-30042-SDB  
**Case Name:** Clements, Peggy S.  
**For Period Ending:** 06/30/2018

**Trustee Name:** (300012) Joy R. Webster  
**Date Filed (f) or Converted (c):** 02/16/2015 (f)  
**§ 341(a) Meeting Date:** 04/16/2015  
**Claims Bar Date:** 09/23/2016

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 115 Ovid Dr., Dublin, GA<br>Secondary Residence - Single Family Home<br>home and lot (tax value: $185,658; FMV: $140,000 - 2 houses for sale on block listed for $180,000. New homes been for sale forever. Debtor's home build in 1980s. Needs hot water heater. No repairs since 1980s other than heating & air unit. Pool repair will cost $10,000; cracks in the walls) to be surrendered | 140,000.00 | 140,000.00 | | 151,000.00 | FA |
| 2 | checking account at Atlantic South | 300.00 | 300.00 | | 0.00 | FA |
| 3 | misc furniture, appliances & electronics located | 250.00 | 250.00 | | 0.00 | FA |
| 4 | misc clothing on person and at residence | 250.00 | 250.00 | | 0.00 | FA |
| 5 | misc jewelry on person and at residence | 1,045.00 | 0.00 | | 0.00 | FA |
| 6 | whole life insurance policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | retirement | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 8 | 2013 Ford Edge | 18,211.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$167,056.00** | **$147,800.00** | | **$151,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

All assets have been liquidated by prior trustee. I will review claims and proceed with the TFR.

07/30/2018 - I have determined that the case is administratively insolvent. I will proceed with closure and pro rate fees.

**Initial Projected Date Of Final Report (TFR):** 12/30/2017  
**Current Projected Date Of Final Report (TFR):** 09/30/2018

# Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 15-30042-SDB | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|
| Case Name: | Clements, Peggy S. | Bank Name: | Bank of Kansas City |
| Taxpayer ID #: | **-***6153 | Account #: | ******0238 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $4,065,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/16 | | McCallar Raymer | Excess proceeds- sale of real estate | | 38,926.24 | | 38,926.24 |
| | {1} | McCallar Raymer | on block listed for $180,000. New hom, forever.  $151,000.00 | 1110-000 | | | 38,926.24 |
| | | McCallar Raymer | Attorney's fees and costs releated to sale  -$1,977.10 | 3991-000 | | | 38,926.24 |
| | | McCallar Raymer | Post Sale Attorneys Fees  -$575.00 | 3991-000 | | | 38,926.24 |
| | | McCallar Raymer | lender's total debt  -$109,521.66 | 4110-000 | | | 38,926.24 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.88 | 38,915.36 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.68 | 38,857.68 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 55.73 | 38,801.95 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.51 | 38,744.44 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 55.57 | 38,688.87 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.34 | 38,631.53 |
| 01/20/17 | | Transfer of Funds to Successor Trustee Webster | Outgoing Wire Transfer | 1290-000 | -38,631.53 | | 0.00 |

Page Subtotals:  $294.71   $294.71

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 15-30042-SDB | | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|---|
| Case Name: | Clements, Peggy S. | | Bank Name: | Bank of Kansas City |
| Taxpayer ID #: | **-***6153 | | Account #: | ******0238 Checking |
| For Period Ending: | 06/30/2018 | | Blanket Bond (per case limit): | $4,065,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 294.71 | 294.71 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 294.71 | 294.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$294.71** | **$294.71** | |

{ } Asset Reference(s)                                                                                                       ! - transaction has not been cleared

# Form 2

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 15-30042-SDB | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|
| Case Name: | Clements, Peggy S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6153 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $4,065,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/20/17 | | Transfer of Case Funds from Trustee Bourdeaux | Successor Trustee Incoming Wire | 1290-000 | 38,631.53 | | 38,631.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.37 | 38,611.16 |
| 02/02/17 | | Capital City Bank | Settlement of excess funds - Per Order dated 1/18/17 | 4110-000 | | 35,426.24 | 3,184.92 |
| 02/13/17 | 101 | Akin, Webster & Matson, P.C.<br><br>Attorneys at Law, P.O. Box 1773<br>Macon, GA 31202 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #15-30042, Reimbursement of Bond Payment - Check No. 4339 - Bond No. 016027934 | 2300-000 | | 12.69 | 3,172.23 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,162.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,152.23 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,142.23 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,132.23 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,122.23 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,112.23 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,102.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,092.23 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,082.23 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,072.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,062.23 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,052.23 |
| 02/22/18 | 102 | Akin, Webster & Matson, P.C.<br><br>Attorneys at Law, P.O. Box 1773<br>Macon, GA 31202 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #15-30042, Reimbursement of Bond Payment - Check No. 4684 - Bond No. 016027934 | 2300-000 | | 0.93 | 3,051.30 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,041.30 |

Page Subtotals: $38,631.53   $35,590.23

{ } Asset Reference(s)                                                                                                                                        ! - transaction has not been cleared

**Form 2**

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 15-30042-SDB | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|
| Case Name: | Clements, Peggy S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6153 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $4,065,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,031.30 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,021.30 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,011.30 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,001.30 |
| | | | **COLUMN TOTALS** | | 38,631.53 | 35,630.23 | $3,001.30 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 38,631.53 | 35,630.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,631.53** | **$35,630.23** | |

{ } Asset Reference(s) ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-5

| | |
|---|---|
| **Case No.:** | 15-30042-SDB |
| **Case Name:** | Clements, Peggy S. |
| **Taxpayer ID #:** | **-***6153 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | Joy R. Webster (300012) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $4,065,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $38,926.24 |
| Plus Gross Adjustments: | $112,073.76 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $151,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0238 Checking | $294.71 | $294.71 | $0.00 |
| ******4666 Checking Account | $38,631.53 | $35,630.23 | $3,001.30 |
| | $38,926.24 | $35,924.94 | $3,001.30 |