# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   15-30042-SDB

**Case Name:**   Clements, Peggy S.

**For Period Ending:**  06/30/2019

**Trustee Name:**   (300012) Joy R. Webster

**Date Filed (f) or Converted (c):**  02/16/2015 (f)

**§ 341(a) Meeting Date:**  04/16/2015

**Claims Bar Date:**  09/23/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 115 Ovid Dr., Dublin, GA<br><br>Secondary Residence - Single Family Home<br>home and lot (tax value: $185,658; FMV: $140,000 - 2 houses for sale on block listed for $180,000.  New homes been for sale forever.  Debtor's home build in 1980s. Needs hot water heater.  No repairs since 1980s other than heating & air unit.  Pool repair will cost $10,000; cracks in the walls) to be surrendered | 140,000.00 | 140,000.00 | | 38,926.24 | FA |
| 2 | checking account at Atlantic South | 300.00 | 300.00 | | 0.00 | FA |
| 3 | misc furniture, appliances & electronics located | 250.00 | 250.00 | | 0.00 | FA |
| 4 | misc clothing on person and at residence | 250.00 | 250.00 | | 0.00 | FA |
| 5 | misc jewelry on person and at residence | 1,045.00 | 0.00 | | 0.00 | FA |
| 6 | whole life insurance policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | retirement | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 8 | 2013 Ford Edge | 18,211.00 | 0.00 | | 0.00 | FA |
| **8** | **Assets        Totals**     (Excluding unknown values) | **$167,056.00** | **$147,800.00** | | **$38,926.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

All assets have been liquidated by prior trustee.  I will review claims and proceed with the TFR.

07/30/2018 - I have determined that the case is administratively insolvent.  I will proceed with closure and pro rate fees.

07/30/2019 - I have requested the fee application or time from the previous trustee but have not received it.  They have indicated that they are working on it.  I am ready to close the case when it is received.

**Initial Projected Date Of Final Report (TFR):**          12/30/2017          **Current Projected Date Of Final Report (TFR):**          12/30/2019

**Form 2**

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-30042-SDB | |
| **Case Name:** | Clements, Peggy S. | |
| **Taxpayer ID #:** | **-***6153 | |
| **For Period Ending:** | 06/30/2019 | |

| | |
|---|---|
| **Trustee Name:** | Joy R. Webster (300012) |
| **Bank Name:** | Bank of Kansas City |
| **Account #:** | ******0238 Checking |
| **Blanket Bond (per case limit):** | $4,055,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/16 | {1} | McCallar Raymer | Excess proceeds from foreclosure | 1110-000 | 38,926.24 | | 38,926.24 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.88 | 38,915.36 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.68 | 38,857.68 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 55.73 | 38,801.95 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.51 | 38,744.44 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 55.57 | 38,688.87 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 57.34 | 38,631.53 |
| 01/20/17 | | Transfer of Funds to Successor Trustee Webster | Outgoing Wire Transfer | 9999-000 | | 38,631.53 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | | **38,926.24** | **38,926.24** | **$0.00** |
| | Less: Bank Transfers/CDs | | 0.00 | 38,631.53 | |
| | **Subtotal** | | **38,926.24** | **294.71** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$38,926.24** | **$294.71** | |

# Form 2

Page: 2-2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-30042-SDB | |
| **Case Name:** | Clements, Peggy S. | |
| **Taxpayer ID #:** | **-***6153 | |
| **For Period Ending:** | 06/30/2019 | |

| | |
|---|---|
| **Trustee Name:** | Joy R. Webster (300012) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $4,055,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/20/17 | | Transfer of Case Funds from Trustee Bourdeaux | Successor Trustee Incoming Wire | 9999-000 | 38,631.53 | | 38,631.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.37 | 38,611.16 |
| 02/02/17 | | Capital City Bank | Settlement of excess funds - Per Order dated 1/18/17 | 4110-002 | | 35,426.24 | 3,184.92 |
| 02/13/17 | 101 | Akin, Webster & Matson, P.C. Attorneys at Law, P.O. Box 1773 Macon, GA 31202 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #15-30042, Reimbursement of Bond Payment - Check No. 4339 - Bond No. 016027934 | 2300-000 | | 12.69 | 3,172.23 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,162.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,152.23 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,142.23 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,132.23 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,122.23 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,112.23 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,102.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,092.23 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,082.23 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,072.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,062.23 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,052.23 |
| 02/22/18 | 102 | Akin, Webster & Matson, P.C. Attorneys at Law, P.O. Box 1773 Macon, GA 31202 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #15-30042, Reimbursement of Bond Payment - Check No. 4684 - Bond No. 016027934 | 2300-000 | | 0.93 | 3,051.30 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,041.30 |

| | | Page Subtotals: | $38,631.53 | $35,590.23 |
|---|---|---|---|---|

{ } Asset Reference(s)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-30042-SDB |
| **Case Name:** | Clements, Peggy S. |
| **Taxpayer ID #:** | **-***6153 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Joy R. Webster (300012) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $4,055,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,031.30 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,021.30 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,011.30 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,001.30 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,991.30 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,981.30 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,976.30 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,971.30 |
| 02/11/19 | 103 | Akin, Webster & Matson, P.C.  P.O. Box 1773  Macon, GA 31202 | Reimbursement of Bond Payment - Check No. 4976, Bond No. 016027934 | 2300-000 | | 0.92 | 2,970.38 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1293 | Transition Debit to Metropolitan Commercial Bank acct 3910031293 | 9999-000 | | 2,970.38 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 38,631.53 | 38,631.53 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 38,631.53 | 2,970.38 | |
| | | **Subtotal** | | | 0.00 | 35,661.15 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $35,661.15 | |

{ } Asset Reference(s)                                                                                                            ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-30042-SDB | | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|---|
| Case Name: | Clements, Peggy S. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6153 | | Account #: | ******1293 Checking Account |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $4,055,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******4666 | Transition Credit from Rabobank, N.A. acct 5018464666 | 9999-000 | 2,970.38 | | 2,970.38 |
| | | | COLUMN TOTALS | | 2,970.38 | 0.00 | $2,970.38 |
| | | | Less: Bank Transfers/CDs | | 2,970.38 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

**Form 2**

Page: 2-5

**Cash Receipts And Disbursements Record**

| | | | |
|---|---|---|---|
| **Case No.:** | 15-30042-SDB | **Trustee Name:** | Joy R. Webster (300012) |
| **Case Name:** | Clements, Peggy S. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6153 | **Account #:** | ******1293 Checking Account |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $4,055,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0238 Checking | $38,926.24 | $294.71 | $0.00 |
| ******4666 Checking Account | $0.00 | $35,661.15 | $0.00 |
| ******1293 Checking Account | $0.00 | $0.00 | $2,970.38 |
| | **$38,926.24** | **$35,955.86** | **$2,970.38** |